**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| **VS.** | **CASE NO. 4:08CR00324 BSM** | |
| **JUSTIN RAY** | | **DEFENDANT** |

**ORDER**

On October 24, 2008, the Court granted Defendant's Motion for Examination to Determine Competency to Stand Trial (18 U.S.C. § 4241) and for Determination of Existence of Insanity at the Time of Offense (18 U.S.C. § 4242).

The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to Metropolitan Correctional Center, San Diego, California, for the examination. Accordingly, the United States Marshal is directed to transport Defendant to Metropolitan Correctional Center, San Diego, California, forthwith.[1]

Pursuant to 18 U.S.C. § 4247(b) and (c), Defendant shall be remanded to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days for a psychiatric or psychological examination under 18 U.S.C. § 4241 and for a period not to exceed forty-five (45) days for psychiatric or psychological

---

[1] Based on 18 U.S.C. § 3161(h)(1)(F), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.

examination under 18 U.S.C. § 4242.  Both time periods exclude any time consumed by transportation.

Pursuant to 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to Defendant's counsel and the Prosecution.  The report must state whether Defendant is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; whether he was insane at the time of the offense; and, if he was insane, whether his release would create a substantial risk of bodily injury to another person or serious damage to property of another person.

Eleven (11) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.  If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.

IT IS SO ORDERED this 13th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE