FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 18 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JUSTIN RAY | |

Case No. 4:08CR00324-001 BSM

USM No. #25307-009

Christophe Tarver
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1, 2, 3, 5, 6, 7__ of the term of supervision.

☑ was found in violation of condition(s) count(s) __4__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Use of controlled substance | 06/20/2018 |
| 2 - Standard (7) | Use of controlled substance | 06/20/2018 |
| 3 - Standard (5) | Failure to report change of residence | 04/30/2018 |
| 4 - Standard (9) | Failure to notify probation of contact with law enforcement | 06/20/2018 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __0175__

Defendant's Year of Birth: __1987__

City and State of Defendant's Residence:
Little Rock, Arkansas

07/18/2018
_____
Date of Imposition of Judgment

_____
Signature of Judge

Brian S. Miller, U.S. District Judge
_____
Name and Title of Judge

7-18-18
_____
Date

DEFENDANT: JUSTIN RAY
CASE NUMBER: 4:08CR00324-001 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special (1) | Failure to submit urine specimen and/or attend substance abuse treatment | 04/02/2018 |
| 6 - Special (4) | Failure to make restitution payments | 03/31/2018 |
| 7 - Special (1) | Failure to complete residential drug treatment | 03/20/2018 |

DEFENDANT: JUSTIN RAY
CASE NUMBER: 4:08CR00324-001 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

6 months with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that placement be in FCI Forrest City.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL